

**UNITED STATES DISTRICT COURT**
Western District of Texas
U.S. Pretrial Services Office

903 San Jacinto Blvd., Room 206
Austin, Texas 78701
(512) 916-5297

111 E. Broadway, Suite A105
Del Rio, Texas 78840
(830) 703-2096

511 E. San Antonio, Room 380
El Paso, Texas 79901-2401
(915) 534-6758

**Austin Office**

100 E. Wall, Suite 152
Midland, Texas 79701-9998
(915) 570-0014

December 16, 2010

410 S. Cedar Street
Pecos, Texas 79772
(915) 445-2578

PHIL REYNA
Chief Pretrial Services Officer

CHARLES K. MASON
Deputy Chief Pretrial Services Officer

727 E. Durango Blvd., Room A636
San Antonio, Texas 78206-1204
(210) 472-4053

GLORIIA CERVANTES
ROBERT CHAVEZ
GARY R. CHRISTIAN
HECTOR GONZALEZ
JOHNNY LOSOYA
MARY W. MEADE
GEORGE RODRIGUEZ
REBECCA M. SAHD
OSCAR TORRES
Supervising Pretrial Services Officers

800 Franklin, Suite 319
Waco, Texas 76701-1934
(254) 750-1525

**FILED**

**DEC 16 2010**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

Honorable U. S. Magistrate Judge Robert Pitman

Re:   Defendant:   Swingle, Merianne Boller
      Docket No.:   A10-CR-580 LY
      **Bond Violation Report - No Action Requested**

Honorable Magistrate Judge:

On September 23, 2010, the defendant was released by your honor on a $10,000 Unsecured cash bond with pretrial supervision. The defendant is pending disposition for violation of Title 18 U.S.C. § 2252A(a)(2) & 2252A(a)(5)(B).

Pretrial Services alleges that the defendant violated the condition(s) of release by failing to refrain from any use or unlawful possession of a narcotic drug and other controlled substances.

While on bond, the defendant has submitted a total of four (4) positive urine specimens for the presence of marijuana on the following dates: 9/24, 10/8, 10/20, and 11/1/10. The defendant has been confronted in regards to each said positive and has adamantly denied using marijuana since her release on bond. As a result, said specimens were forwarded to an independent lab for confirmation to determine new or residual drug use as the defendant described herself as a "chronic user" of marijuana prior to her arrest in this instant case. On 11/23/10, this officer received the report from independent lab, Toxicology Services in Gretna, LA which indicates it is their opinion that only one of the positive specimens collected on 10/20/10 is as a result of new drug use. It should be noted the defendant's most recent drug test collected on 11/30/10 returned **negative** for any illicit drugs.

The defendant's conditions of release are to participate in drug and mental health treatment as directed by Pretrial Services. As such, the defendant was referred and has been actively participating in said treatment with Dr. Shelley Graham with Shoal Creek Counseling in Austin as of 9/30/10. The defendant has been admonished and warned that any future illicit drug use may result in the revocation of her bond.

This information is being provided to the court as information only, and no action is being requested at this time. The U.S. Attorney's office has been apprized of the above noted and have deferred matter to the court to determine if any legal action should be taken.

If any further information should be required, please contact this officer at 916-5296 ext. 24.

*"... striving to exemplify the highest ideals and standards in community corrections."*

Swingle, Merianne Boller
A10-CR-580 LY
Page -2-


Respectfully,

*David Nava*

David Nava
U.S. Pretrial Services Officer

pc:   AUSA Matthew Devlin
      FPD, Bill Ibbotson


The Court does concur   ✓            The Court does not concur   _____

*Robert Pitman*

**ROBERT PITMAN**
**U.S. MAGISTRATE JUDGE**